IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

KIMBERLY SAUNDERS  
5922 St. Moritz Dr., Apt. 303  
Temple Hills, MD 20748

    Plaintiff

vs     Case No: CAL 21-07543

LOWE'S HOME IMPROVEMENT LLC  
aka Lowe's Companies, Inc.  
t/a Lowes  
8755 Branch Ave.  
Clinton, MD 20735

    Defendant

SERVE RESIDENT AGENT:  
    CSC-Lawyers Incorporating  
    Service Company  
    7 St. Paul Street, Ste. 820  
    Baltimore, MD 21202

## COMPLAINT
### (Negligence)

COMES NOW, Plaintiff, Kimberly Saunders, hereinafter referred to as Plaintiff, by and through her attorney, Benjamine I. Evan, who sues the Defendant, Lowe's Home Improvement LLC, aka Lowe's Companies, Inc. t/a Lowes, hereinafter sometimes referred to as Defendant, and in support thereof, states as follows:

1. That the Plaintiff is an adult citizen of the United States and a resident of Prince George's County, Maryland.

2. Defendant is a corporation t/a Lowes located and doing business in Clinton, Prince George's County, Maryland.

3. This cause of action arises from a slip and fall which occurred in Prince George's County, Maryland.

EXHIBIT  
A

4. That on or about July 16, 2018, Plaintiff was shopping at Lowes Store Number 1136 located at 8755 Branch Avenue, Prince George's County, Clinton, Maryland when she slipped and fell on a wet floor.

5. That at that time, Defendant owned and operated the retail store known as Lowes.

6. Plaintiff did not contribute to the happening of the accident nor did she assume the risk of the injuries she sustained.

7. As a direct and proximate result of the conduct of the Defendant, Plaintiff was injured and received relevant medical care.

8. It was then and there the responsibility of Defendant to keep the store free of dangerous conditions and to provide notice or warning of dangerous conditions

9. Notwithstanding the above-mentioned duties of Defendant, it did operate the store negligently and carelessly in violation of their duty to invitees.

10. As a direct and proximate result of the above said unsafe conditions, the Plaintiff violently slipped on the floor, sustaining severe, painful and permanent injuries to her body as well as severe and protracted shock to her nervous system, all of which caused her, and will continue to cause her in the future, great pain and mental anguish.

11. As a further result of the aforementioned injury sustained by the Plaintiff, Plaintiff also suffered and will continue to suffer from anxiety and post-traumatic stress as well as great pain of body and mind; has incurred and will continue to incur medical and out-of-pocket expenses; and has and will be otherwise damaged in the future.

12. All of the aforementioned injuries and expenses were the result of Defendant's aforesaid negligence, which was sustained without any fault or negligence on the part of the Plaintiff.

WHEREFORE, Plaintiff Kimberly Saunders demands a money judgement against Defendant Lowe's Home Improvement LLC, aka Lowe's Companies, Inc. t/a Lowes in an amount that exceeds $75,000.00 pursuant to MD Rule 2-305 in compensatory damages, interest, and costs.

Respectfully submitted,

Benjamine I. Evan
#0512130246
Attorney for Plaintiff
5210 Auth Road, Sixth Floor
Suitland, MD 20746
Phone 301-423-8100
Fax 301-423-1372
Ben@benevanlaw.com

3